## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21-mj-00699 |
| : | Assigned to: Judge Meriweather, Robin M. |
| v. : | Assign Date: 12/22/2021 |
| : | Description: COMPLAINT W/ ARREST WARRANT |
| **Donnell Gerome Taylor,** : | |
| : | |
| **Defendant.** : | |

## STATEMENT OF OFFENSE
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas B. Ryan, an agent with the Federal Bureau of Investigation (FBI), Washington Field Office, being duly sworn, depose and state as follows:

### I.   INTRODUCTION

I am a Special Agent with the Federal Bureau of Investigation and have been since January, 2001. I am currently assigned to the Child Exploitation and Human Trafficking Task Force at the Washington Field Office. Since joining the FBI, I have investigated violations of federal law involving organized crime/drug trafficking organizations, violent crime, fraud, and counterterrorism violations. I currently investigate federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training and work related to conducting these types of investigations. I have participated in search warrants and arrests of individuals who have committed crimes involving child pornography and human trafficking.

As an agent for the FBI, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Donnell Gerome Taylor** (DOB (XX/XX/1994) for violations of 18 U.S.C. § 2251 (attempted production of child pornography), 18 U.S.C. § 2422(b) (enticement of a minor), 18 U.S.C. § 2252(a)(2) (receipt of child pornography), and 18 U.S.C. § 1470 (transfer of obscene material to a minor), as well as possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).

## II.     PROBABLE CAUSE

1. On December 14, 2020, the parents of MV-1 (DOB in 2008) contacted the Fontana Police Department (FPD) to report they had discovered their 12-year old son was having a disturbing online relationship with what they believed to be an adult male. The parents provided MV-1's phone to FPD Detectives who utilized a forensic tool called "Data Pilot" to extract messages between the suspect and MV-1. Based on a review of the extracted messages, the FBI determined that Instagram account name "cute_furry_husky" with the screenname "Husky10" (later identified as **Taylor)** asked to follow MV-1 on Instagram. MV-1 accepted the follow request and proceeded to engage in online conversations with the **Taylor**. These conversations took the form of both written messages and live video chats, and many of them were sexual in nature.  Early on in the conversations, on November 2, 2020, MV-1 told **Taylor** he was a minor. **Taylor** confirmed that MV-1 was a "tweenager" (i.e. younger than a teen).  He offered to buy MV-1 diapers if MV-1 would agree to send pictures of himself to **Taylor** every day and told MV-1 he wanted to see what kind of underwear MV-1 wore.  According to MV-1, **Taylor** sent him a photograph of his penis, which MV-1 described as an adult male penis.

The following are examples of messages sent by **Taylor** to MV-1:

> *"Daddy going to show you how to give a blowjob and how to take it up your butt"*
>
> *"So do you want me to pound you like a slut"*
>
> *"So im going to fill you up with a lot of cum you ready for that"*
>
> *"Im going to destroy your ass hole you know that right"*
>
> *"So you think you can handle daddy bbc"*

2. The FBI learned that the Instagram user who had been communicating with MV-1 was logging on to the Internet at XXX Jay Street, NE in Washington D.C.  **Taylor** was the subscriber to the Internet at that address during the time period in which MV-1 was targeted.  Law enforcement also obtained a search warrant for **Taylor's** Instagram account ("cute_furry_husky").  The search warrant return revealed numerous communications in which **Taylor** told others "that me" after sending a photograph of an individual that appeared to be the same individual as the person depicted in the driver's license for **Donnell Taylor (DOB 1994)** residing at XXX Jay Street, NE in Washington D.C.  Moreover, **Taylor** sent other users pictures of MV-1, claiming that MV-1 was his "son."

3. Based on the above information and other investigation, the FBI executed a search warrant on **Taylor's** residence on December 21, 2021.  **Taylor** was present at the time of the search warrant and agreed to speak to law enforcement.  He admitted to using the Instagram account that communicated with MV-1, acknowledged communicating with MV-1, and acknowledged sending a photo of his penis to MV-1.  However, he denied knowing MV-1's true age and said he blocked MV-1 upon learning his age.  He also admitted to talking to another minor (hereinafter MV-2), who he stated was currently 17, but who he said he had

been speaking to since the child was 14 or 15. He said MV-2 lived in Pennsylvania. The FBI conducted a forensic preview of **Taylor's** cellular phone, a device **Taylor** acknowledged was his device. Located on the cellular phone, the FBI discovered conversations dating years back with what appeared to be MV-2. In these conversations, **Taylor** utilized a social media account to send photographs of his penis to MV-2. In the conversations, which start in January 1, 2019 and continue through December of 2021, **Taylor** tells MV-2 several times he is from D.C., and MV-2 indicates he is a minor in at least one point in the conversation. The forensic preview also revealed that MV-2 sent **Taylor** photographs that met the federal definition of child pornography, including an image, in early 2019, of himself anally penetrating himself with his fingers after **Taylor** requested that he do so. Your affiant reviewed this image, and it meets the federal definition of child pornography. Another image that MV-2 sent **Taylor** depicts MV-2 on all fours without pants or underwear, holding his erect penis.

## CONCLUSION

4. Based on all of the information outlined above, your Affiant believes that probable cause exists that **Donnell Taylor** (DOB: 0X/XX/1994) has violated 18 U.S.C. § 2251 (Attempted production of Child Pornography), 18 U.S.C. § 2422(b) and 18 U.S.C. § 2252(a)(2) (Receipt of Child Pornography), as well as 18 U.S.C. § 1470 (transfer of obscene material to a minor), and possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).

Respectfully submitted,

Tom Ryan
Federal Bureau of Investigations

Subscribed and sworn to before me on this 22nd day of December, 2021

_____
ROBIN MERIWEATHER
UNITED STATES MAGISTRATE JUDGE