AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT   11 369 395
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00699 |
| Donnell Gerome Taylor | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 12/22/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donnell Gerome Taylor ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251 (attempted production of child pornography);
18 U.S.C. § 2422(b) (enticement of a minor);
18 U.S.C. § 2252(a)(2) (receipt of child pornography);
18 U.S.C. § 1470 (transfer of obscene material to a minor);
18 U.S.C. § 2252(a)(4)(B) possession of child pornography.

Date:   12/22/2021

2021.12.22
10:12:46 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/22/2021 , and the person was arrested on *(date)* 12/22/2021
at *(city and state)*   Washington D.C.

Date: 12/22/2021     DUSM R. McBride
*Arresting officer's signature*

Ka'Ron McBride
*Printed name and title*